UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CHICAGO TITLE INSURANCE
COMPANY,

    Plaintiff,

    v.      CAUSE NO. 3:23-CV-53 DRL-MGG

OAKLEY HOME BUILDERS, INC. *et al.*,

    Defendants.

### ORDER

The Chicago Title Insurance Company sued Oakley Home Builders, Inc.; So Dun Investments, LLC; Steven Sobkowiak; and Ryan Dunham in federal court. Lawyers "have a professional obligation to analyze subject-matter jurisdiction before judges need to question the allegations," *Heinen v. Northrop Grumman Corp.*, 671 F.3d 669, 670 (7th Cir. 2012), and equally courts must "take[] jurisdictional issues seriously" and analyze each new filing as a "jurisdictional hawk," *Lowrey v. Tilden*, 948 F.3d 759, 760 (7th Cir. 2020); *see* Fed. R. Civ. P. 12(h)(3).

The complaint didn't demonstrate that jurisdiction exists, so the court gave Chicago Title the courtesy of an order explaining the numerous jurisdictional defects and allowed Chicago Title time to remedy them [ECF 4]. The order specifically warned that if these defects were not timely remedied, the case may be dismissed without further notice.

Chicago Title elected not to file an amended complaint, which was due February 13, 2023. The court has awaited additional days, but an amended complaint has still not been filed. Accordingly, the court DISMISSES this case for lack of subject matter jurisdiction.

SO ORDERED.

February 17, 2023      *s/ Damon R. Leichty*
    Judge, United States District Court