# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CHICAGO TITLE INSURANCE COMPANY

      Plaintiff

  v.

Civil Action No. 3:23-cv-53

OAKLEY HOME BUILDERS, INC.

SO DUN INVESTMENTS, LLC

STEVEN SOBKOWIAK

RYAN DUNHAM
      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

☒ Other: <u>This case is DISMISSED for lack of subject matter jurisdiction.</u>

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Damon R. Leichty

DATE: 2/21/2023            CHANDA J. BERTA, ACTING CLERK OF COURT

                                                        by   s/ S. Jarrell
                                                        *Signature of Clerk or Deputy Clerk*